# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1307.  IN THE INTEREST OF C. M., a child.**

This appeal was docketed on April 7, 2021. Appellant C. M. has previously moved this Court to supplement the record with the transcript of proceedings held in Fulton County Juvenile Court on December 21, 2020 (before the transfer of the case to Clayton County Juvenile Court, from which the appeal came).

According to C. M., the clerk of Fulton County Juvenile Court notified her on May 10, 2021 that the transcript of the December 21 hearing cannot be completed due to "the poor quality of the recordings used to capture that proceeding." C. M. now moves this Court to remand the case for purposes of reconstructing the record pursuant to OCGA § 5-6-41.

The motion to REMAND is GRANTED. C. M. shall have 30 days after the filing of the reconstructed transcript or its equivalent to file a new notice of appeal. The pending motion to supplement the record is DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/27/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*